1 **DAVID M.C. PETERSON**
California Bar No. Pending
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:    (619) 234-8467
4 Facsimile:    (619) 687-2666
Email:         David_Peterson@fd.org
5

6 Attorneys for Defendant

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE RUBEN B. BROOKS)**

11 UNITED STATES OF AMERICA,              )  CASE NO. 08MJ0325
                                          )
12              Plaintiff,                 )
                                          )
13 v.                                      )
                                          )  **NOTICE OF APPEARANCE**
14 JOSE ESQUIVEL-ESCOBAR,                  )
                                          )
15              Defendant.                 )
                                          )
16 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾       )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19 lead attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated:  February 6, 2008                 */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

25

26

27

28

1

## CERTIFICATE OF SERVICE

2           Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4           Courtesy Copy to Chambers

5           Copy to Assistant U.S. Attorney via ECF NEF

6    Dated:  February 6, 2008                         _/s/ DAVID M. C. PETERSON_____
                                                      DAVID M.C. PETERSON
7                                                     Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
8                                                     San Diego, CA  92101-5030
                                                      (619) 234-8467  (tel)
9                                                     (619) 687-2666  (fax)
                                                      David_Peterson@fd.org (email)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28